# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JENNY B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:21-cv-00143-NT |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On March 24, 2022, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision (ECF No. 25). The Plaintiff filed an objection to the Recommended Decision (ECF No. 26) on April 7, 2022, and the Defendant filed a response to the objection (ECF No. 27) on April 21, 2022.

I have reviewed and considered the Recommended Decision, together with the entire record, and I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Plaintiff's objection is **OVERRULED**, that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**, and that the Commissioner's decision is **AFFIRMED**.

SO ORDERED.

                                                /s/ Nancy Torresen  
                                                United States District Judge

Dated this 26th day of May, 2022.